[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10148

Non-Argument Calendar

_____

ANTHONY CARL WILLIAMS,

Petitioner-Appellant,

*versus*

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

Respondent-Appellee,

ATTORNEY GENERAL, STATE OF FLORIDA,

Respondent.

_____

2                    Opinion of the Court                    25-10148

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:23-cv-00137-AW-HTC

_____

Before ROSENBAUM, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Anthony Carl Williams, a state prisoner proceeding *pro se*, appeals from the district court's July 5, 2024, order and judgment denying his 28 U.S.C. § 2254 petition. He was required to file a notice of appeal by August 5, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C). However, his notice of appeal is not deemed filed until January 9, 2025. *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988) (explaining that, under the prison mailbox rule, a notice of appeal mailed by a *pro se* prisoner through the prison mail system is deemed filed on the date that they delivered it to authorities for mailing). Accordingly, the notice is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.